# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**PAN AMERICAN GRAIN MANUFACTURING CO., INC., et al.,**

Plaintiffs,

v.

**HORIZON LINES, LLC, et al.,**

Defendants.

**CIVIL NO. 10-1936 (GAG)**

## JUDGMENT

This case has remained inactive since the plaintiffs filed an amended complaint on 11/4/10 (Docket No. 6). Summons were subsequently issued on 11/8/10 (Docket No. 7), but no further action appears in this case's docket. The court ordered the plaintiffs to show cause on or before 8/29/11 as to why this case should not be dismissed for failure to prosecute (Docket No. 8). The plaintiffs failed to show cause by the court's deadline or otherwise request an extension of said deadline. As the plaintiff's have failed to prosecute these claims, the court **DISMISSES** the same. Accordingly, **JUDGMENT** is hereby entered **DISMISSING** this case.

**SO ORDERED.**

In San Juan, Puerto Rico this 30th day of August, 2011.

*s/ Gustavo A. Gelpí*

GUSTAVO A. GELPI
United States District Judge